UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Emergency Services of Texas, P.A., Hill Country Emergency Medical Associates, P.A., Longhorn Emergency Medicine Associates, P.A., and ACS Primary Care Physicians Southwest, P.A., | § § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CASE NO.: 5:19-cv-138 |
| Humana Insurance Company, Humana Health Plan, Inc., and Humana Health Plan of Texas, Inc., | § § § § § | |
| *Defendants*. | § | |

## [PROPOSED] ORDER

Before the Court is the motion of Plaintiffs Emergency Services of Texas, P.A., Hill Country Emergency Medical Associates, P.A., Longhorn Emergency Medicine Associates, P.A., and ACS Primary Care Physicians Southwest, P.A. (collectively, "Plaintiffs") to remand. Having considered the motion, and any response thereto, the record, and applicable authorities, the Court concludes that the motion should be GRANTED. It is therefore,

ORDERED that Plaintiffs' motion to remand be, and is hereby, GRANTED, and that this case be, and is hereby, REMANDED to the District Court of Bexar County, Texas, 407th Judicial District Court, where it was originally filed and assigned case number 2019-CI-00175.

SIGNED this _____ day of _____, 2019.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE

**ORDER**